**SO ORDERED.**

**SIGNED this 20 day of May, 2013.**



_____
**John T. Laney, III**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:    Shayne Nobles<br>1512 1/2 S. Main Street<br>Moultrie, GA 31768<br>Jenny Nobles<br>4009 Sportsman Cove Rd.<br>Lake Park, GA 31636-2913<br><br>XXX-XX-4856<br>XXX-XX-4030 | CHAPTER 13<br><br>Case Number: 09-71948-JTL |

### ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered, the same is hereby

DENIED on the condition that the Debtor(s) make all future payments to the Trustee in a timely manner.

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

/s/  Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com